UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY BONNER, ET AL.

CIVIL ACTION

VERSUS

12-456-SDD-RLB

GEORGIA-PACIFIC, LLC, ET AL..

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 13, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the claims of Plaintiff, Lawrence Isaac, Jr., are dismissed pursuant to Local Rule 41.2 and Rule 41(b), for failure to prosecute.

Baton Rouge, Louisiana, September 4, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 61.